| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Reginald Douglas Russell** <br> First Name   Middle Name   Last Name | Social Security number or ITIN  **xxx–xx–8950** <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Northern District of Texas** | | Date case filed for chapter  **13   3/4/17** |
| Case number:   **17–40886–mxm13** | | |

## Official Form 309I
## Notice of Chapter 13 Bankruptcy Case                                                    12/15

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Reginald Douglas Russell | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 1412 Lincolnshire Way <br> Fort Worth, TX 76134 | |
| 4. | **Debtor's attorney** <br> Name and address | Eric Allen Maskell <br> Lee Law Firm, PLLC <br> 8701 Bedford Euless Rd. <br> Suite 510 <br> Hurst, TX 76053 | Contact phone: 817–616–1625 <br> Email: ecf@leebankruptcy.com |
| 5. | **Bankruptcy trustee** <br> Name and address | Tim Truman <br> 6851 N.E. Loop 820, Suite 300 <br> N Richland Hills, TX 76180 | Contact phone: 817–770–8500 <br> Email: ftworthchapter13trustee–ecf@ch13ftw.com |
| 6. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. <br> You may inspect all records filed in this case at this office or online at  www.pacer.gov. | 501 W. Tenth Street <br> Fort Worth, TX 76102 | Office Hours: Mon.–Fri. 8:30–4:30 <br> Contact Phone 817–333–6000 |

**For more information, see page 2**

Debtor **Reginald Douglas Russell**                                                                                                 Case number **17–40886–mxm13**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **April 5, 2017 at 01:30 PM**<br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br>6851 NE Loop 820, Suite 310, – North side of Loop 820, N. Richland Hills, TX 76180–6608 |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4).<br><br>**Deadline for all creditors to file a proof of claim (except governmental units):**<br><br>**Deadline for governmental units to file a proof of claim:** | **Filing deadline:** _____<br><br><br><br><br><br><br><br><br>**Filing deadline: 7/5/17**<br><br>**Filing deadline:** _____ |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has not filed a plan as of this date. A copy of the plan or summary and a notice of the hearing on confirmation will be sent separately. | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |

```
                           United States Bankruptcy Court
                              Northern District of Texas
In re:                                                                  Case No. 17-40886-mxm
Reginald Douglas Russell                                                Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0539-4          User: jward                 Page 1 of 1         Date Rcvd: Mar 06, 2017
                              Form ID: 309I               Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 08, 2017.
db           +Reginald Douglas Russell,    1412 Lincolnshire Way,    Fort Worth, TX 76134-5514
tr           +Tim Truman,   6851 N.E. Loop 820, Suite 300,    N Richland Hills, TX 76180-6608
17547224      Attorney General of Texas,    Collections Div Bankruptcy Sec,    PO Box 12548,
               Austin, TX 78711-2548
17547226     +Christina Russell,    1412 Lincolnshire Way,    Fort Worth, TX 76134-5514
17547229     +Lee Law Firm, PLLC,    8701 Bedford Euless Rd., Suite 510,    Hurst, TX 76053-3874
17547231     +Med Rtl Adj,    5280 Trail Lake,    Fort Worth, TX 76133-1939
17547235     +Tim Truman,    Chapter 13 Trustee,    6851 N.E. Loop 820, Suite 300,
               North Richland Hills, TX 76180-6608
17547237     +United States Attorney General,    Main Justice Building, Rm. 5111,    10th & Constitution Ave,
               NW Washington D.C 20530-0001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           E-mail/Text: ecf@leebankruptcy.com Mar 06 2017 23:48:29      Eric Allen Maskell,
               Lee Law Firm, PLLC,    8701 Bedford Euless Rd.,    Suite 510,    Hurst, TX   76053
17547227     +E-mail/Text: cscbk@creditservicecompany.com Mar 06 2017 23:49:08      Credit Service Company,
               P.O. Box 1120,    Colorado Springs, CO 80901-1120
17547228     +EDI: IRS.COM Mar 06 2017 23:38:00      Internal Revenue Service,    Department of the Treasury,
               PO Box 7346,    Philadelphia, PA 19101-7346
17547230     +E-mail/Text: dallas.bankruptcy@LGBS.com Mar 06 2017 23:49:26
               Linebarger Goggan Blair & Sampson, LLP,    2323 Bryan  Ste 1600,    Dallas, Texas 75201-2637
17547232      E-mail/Text: pacer@cpa.state.tx.us Mar 06 2017 23:49:53
               STATE COMPTROLLER OF PUBLIC ACCOUNTS,    REVENUE ACCOUNTING DIVISION,    P.O. BOX 13528,
               AUSTIN, TEXAS   78711
17547234     +E-mail/Text: ridpacer@twc.state.tx.us Mar 06 2017 23:50:14      TEXAS EMPLOYMENT COMMISSION,
               TEC BUILDING-BANKRUPTCY,    101 E. 15TH STREET,    AUSTIN, TX 78778-0001
17547233      E-mail/Text: bankruptcyclerk@tabc.texas.gov Mar 06 2017 23:50:18
               Texas Alcoholic Beverage Comm,    Licences and Permits Division,    P.O. Box 13127,
               Austin, TX 78711-3127
17547236      E-mail/Text: usatxn.ecfbankruptcy@usdoj.gov Mar 06 2017 23:50:08
               United States Attorney - NORTH,    3rd Floor, 1100 Commerce St.,    Dallas, TX 75242
17547238     +EDI: WFFC.COM Mar 06 2017 23:38:00      Wells Fargo Hm Mortgag,    Po Box 10335,
               Des Moines, IA 50306-0335
                                                                                               TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17547225     ##+Barrett Daffin Frappier Turnet & Engel,    4004 Belt Line Rd Ste 100,    Addison, TX 75001-4320
                                                                                       TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2017                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 4, 2017 at the address(es) listed below:
              Eric Allen Maskell    on behalf of Debtor Reginald Douglas Russell ecf@leebankruptcy.com,
               ign@leebankruptcy.com;clerk@leebankruptcy.com
              Tim Truman    ftworthchapter13trustee-ecf@ch13ftw.com
              United States Trustee    ustpregion06.da.ecf@usdoj.gov
                                                                                               TOTAL: 3
```